12 SEP 25 AM 11: 14

CLERK, U.S. [DISTRICT COURT]
SOUTHERN DISTRICT [OF] CALIFORNIA

BY: MO                                          DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 12CR966-CAB |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL OF INDICTMENT |
| JESUS CRISPIN LOERA-BORBON (1), ALFREDO LEYVA-ACOSTA (2), | |
| Defendants. | |

Upon the Government's motion and good cause being shown,

IT IS HEREBY ORDERED that the Indictment in Criminal Case No. 12CR966-CAB is hereby dismissed without prejudice.

DATED: 9/25/12

HONORABLE CATHY A. BENCIVENGO
United States District Judge